**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
STUDIO 794, TELEVISION BROADCASTING
STUDIO EMPLOYEES UNION, I.A.T.S.E.,



                      Petitioner,

   -against-                                    21 **CIVIL** 3821 (VEC)

                                                        **JUDGMENT**

METROPOLITAN OPERA ASSOCIATION, INC.,

                      Respondent.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2022, the Union's motion to remand the case is DENIED, the Union's petition to vacate the arbitration award is DENIED, and the Met's cross-motion to confirm the arbitration award is GRANTED. Accordingly, the arbitration award is hereby CONFIRMED. Judgment is entered in favor of the Metropolitan Opera Association, Inc.; accordingly, the case is closed.

**Dated:**  New York, New York

        March 31, 2022

                                                                   **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                                **BY:**

                                                                   **Deputy Clerk**